IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLES WILLIAM BRACY, JR., AIS #230992, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 2:15-CV-234-WKW ) [WO] ) |
| JEFFERSON DUNN, *et al.*, | ) ) |
| Defendants. | ) |

## **ORDER**

On July 24, 2015, the Magistrate Judge filed a Recommendation to which no timely objections have been filed.  (Doc. # 32.)  Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED.  Accordingly, it is ORDERED that Plaintiff's motion for preliminary injunction (Doc. # 20) is DENIED and that this case is referred back to the Magistrate Judge for additional proceedings.

DONE this 13th day of August, 2015.

                                            /s/ W. Keith Watkins
                                   CHIEF UNITED STATES DISTRICT JUDGE